FILED

08/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0567

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0567

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

LESLIE DEAN ERNST,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 23, 2024, within which to prepare, file, and serve the State's response brief.

CH

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2024